# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

|  |  |
|---|---|
| ELIZABETH MILLER,<br><br>              Plaintiff,<br><br>vs.<br><br>PROGRESSIVE NORTHWESTERN<br>INSURANCE COMPANY,<br><br>              Defendant. | CV 18-148-BLG-SPW-TJC<br><br><br>**ORDER** |

Upon Defendant Progressive Northwestern Insurance Company's Motion to Withdraw (Doc. 10), and good cause appearing,

IT IS HEREBY ORDERED that Defendant's Amended Answer and Jury Trial Demand (Doc. 9) is hereby withdrawn from the record in this matter.

DATED this 14th day of March, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge