IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ELIZABETH MILLER,<br><br>Plaintiff,<br><br>vs.<br><br>PROGRESSIVE NORTHWESTERN INSURANCE COMPANY,<br><br>Defendant. | CV 18-148-BLG-TJC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulation for Dismissal (Doc. 26), and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 14th day of February, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

1